UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LAWRENCE SOWERS, | ) | |
| Movant, | ) ) ) | |
| vs. | ) | 1:10-cv-1546-LJM-DML |
| | ) | 1:07-cr-069-DFH-KPF-1 |
| UNITED STATES OF AMERICA. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the action docketed as No. 1:10-cv-1546-LJM-DML is **dismissed for lack of jurisdiction.**

Date: 12/27/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Lawrence D. Sowers
No. 08526-028
United States Penitentiary
Victorville FCC
PO Box 5300
Adelanto, CA 92301